AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NICHOLAS A. SWECKER,

                                                                               **JUDGMENT IN A CIVIL CASE**

v.

JERRY BRADY,

                                                                        CASE NUMBER: CV-06-297-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Respondent's Motion for Summary Judgment is Granted.

Petition for Writ of Habeas Corpus is Denied.

April 19, 2007                                                    JAMES R. LARSEN
*Date*                                                            *Clerk*
                                                                       s/ Virginia Reisenauer
                                                                       *(By) Deputy Clerk*
                                                                       Virginia Reisenauer